NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1083
(Serial No. 10/852,798)

IN RE APPLIED MATERIALS ISRAEL, LTD.

Appeal from the United States Patent and Trademark Office, Board of
Patent Appeals and Interferences.

ON MOTION

## O R D E R

Upon consideration of the appellant's unopposed motion for leave to file a
supplemental joint appendix,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY - 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    B. Todd Patterson, Esq.
       Raymond T. Chen, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 7 2009

JAN HORBALY
CLERK